# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JIMMEY SMARR | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:23-CV-1037-S |
| CVS CAREMARK, CVS | § | |
| SILVERSCRIPT, and SILVERSCRIPT | § | |
| INSURANCE COMPANY | § | |

## ORDER

The Court is in receipt of the parties' Stipulation of Dismissal with Prejudice [ECF No. 52]. In light of the Stipulation, all claims that the parties assert, or could have asserted, in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED May 28, 2025.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**